# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

———————————————

No. 1D2022-4130

———————————————

IVAN J. HOWARD,

   Appellant,

v.

STATE OF FLORIDA,

   Appellee.

———————————————

On appeal from the Circuit Court for Escambia County.
Linda L. Nobles, Judge.

March 26, 2024

PER CURIAM.

   AFFIRMED.

B.L. THOMAS, BILBREY, and TANENBAUM, JJ., concur.

———————————————

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

———————————————

Ivan J. Howard, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.